LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #084247

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>FIDEL RAYMUNDO-NAJERA, ET.<br>Defendants, | Case No.  2:09-cr-00274 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING FROM DECEMBER 16, 2009 AT 10:00 AM TO JANUARY 22, 2010 AT 10:00 AM. |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Daniel McConkie , and defendants FIDEL RAYMUNDO-NAJERA, by his attorney, Linda M. Parisi, ABEL RAYMUNDO, by his attorney Robert J. Saria, and MARTIN CAMPOS, by his attorney Robert F. Waggener, hereby stipulate and agree that the status conference calendared for December 16, 2009 at 10:00 a.m. before the Honorable Senior United States District Court Judge, Edward J. Garcia, may be continued to January 22, 2010, at 10:00 a.m., for a further Status Hearing.

///

The defendants and their attorneys continue to review and investigate the discovery provided previously and to review and incorporate documents that have been found through their investigations. Those documents are extensive and necessitate the extension requested.

The defendants and their attorneys continue to meet and confer with the Assistant United States Attorney in an effort to resolve the case.

Based upon this discovery, the parties stipulate and agree that time under the Speedy Trial Act shall continue to be excluded to January 22, 2010 at 10:00 a.m. pursuant to Title 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T-4 – for time for the defense counsel to prepare.

The date has been confirmed with the Court's courtroom deputy, Ms. Colleen Lydon.

Dated:  December 14, 2009

                                      Respectfully Submitted

/s/ Linda M. Parisi by e-mail authorization
_____
Linda M. Parisi
Attorney for Fidel Raymundo-Najera

///

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

Dated:  December 14, 2009

Lawrence G. Brown
United States Attorney


/s/ Daniel McConkie by e-mail authorization
_____
Daniel McConkie
Assistant U.S. Attorney
**daniel.mcconkie@usdoj.gov**

Dated: December 14, 2009

/s/ Robert J. Saria by e-mail authorization
_____
Robert J. Saria
Attorney for Abel Raymundo
**rj.saria@sbcglobal.net**

Dated: December 14, 2009

/s/ Robert F. Waggener by e-mail authorization
_____
Robert F. Waggener
Attorney for Martin Campos
**rwlaw@mindspring.com**

///

# [PROPOSED] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for December 16, 2009 at 10:00 a.m., is vacated and the matter set for a status conference on, January 22, 2010, at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on January 22, 2010.  Based upon this finding and the representations of the parties, the Court excludes time from December 16, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to prepare), until the next appearance on January 22, 2010 at 10:00 a.m. or by further order of this Court.

Dated:  December 15, 2009


    /s/ Edward J. Garcia_____
SENIOR U.S. DISTRICT COURT JUDGE