UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM  *& Order*

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                                         **RE:**    **Martin Campos-CAMPOS**
                                                                Docket Number:   2:09CR00274-03
                                                                **CONTINUANCE OF JUDGMENT
                                                                AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 4, 2010 to July 23, 2010 at 10 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Unavailability of Probation Officer due to illness and unavailability of defense counsel due to out-of-country travel.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                               Respectfully submitted,

                                               **THOMAS H. BROWN**
                                             **Senior United States Probation Officer**

**REVIEWED BY:**

                                             **JEFFREY C. OESTREICHER**
                                             **Supervising United States Probation Officer**

Dated:      April 23, 2010
              Sacramento, California
              THB:thb

FILED
APR 29 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attachment

1

                                                                               Rev. 10/2009
                                                       CONTINUANCE ~ TO JUDGE (EJG).MRG

RE: **Martin Campos-CAMPOS**
Docket Number: 2:09CR00274-03
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
Daniel S. McConkie, Jr., Assistant United States Attorney
Robert F. Waggener, Attorney at Law
United States Marshal's Office
Probation Office Calendar clerk

✓ **Approved**

___ **Disapproved**

_____
**EDWARD J. GARCIA**
**Senior United States District Judge**

4/26/10

**Date**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number:   2:09CR00274-03 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| CAMPOS, Martin Campos | |
| Defendant. / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 07/23/2010 |
| Reply, or Statement of Non-Opposition: | 07/16/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 07/09/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 07/02/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 06/25/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 06/11/2010 |