UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M  *& Order*

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Martin Campos-CAMPOS**
Docket Number: 2:09CR00274-03
<u>CONTINUANCE OF JUDGMENT
AND SENTENCING</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 4, 2010 to July 23, 2010 at 10 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Unavailability of Probation Officer due to illness and unavailability of defense counsel due to out-of-country travel.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

THOMAS H. BROWN
Senior United States Probation Officer

REVIEWED BY:

JEFFREY C. OESTREICHER
Supervising United States Probation Officer

Dated:   April 23, 2010
         Sacramento, California
         THB:thb

Attachment

FILED
APR 29 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE: **Martin Campos-CAMPOS**
Docket Number:   2:09CR00274-03
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
Daniel S. McConkie, Jr., Assistant United States Attorney
Robert F. Waggener, Attorney at Law
United States Marshal's Office
Probation Office Calendar clerk

✓ **Approved**

_____     4/26/10
**EDWARD J. GARCIA**
**Senior United States District Judge**     **Date**

___ **Disapproved**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:09CR00274-03 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| CAMPOS, Martin Campos | |
| Defendant. / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 07/23/2010 |
| Reply, or Statement of Non-Opposition: | 07/16/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 07/09/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 07/02/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 06/25/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 06/11/2010 |

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG