1  LAW OFFICES OF
2  **WING & PARISI**
   A PROFESSIONAL CORPORATION
3  1101 E STREET
   SACRAMENTO, CA 95814
4  441-4888
   State Bar #084247

5  ATTORNEYS FOR:   Defendant

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA | Case No.  2:09-cr-00274 EJG
12 |                    Plaintiff, |
13 | v. |
14 |                           | STIPULATION AND ORDER
   | FIDEL RAYMUNDO-NAJERA, ET. | CONTINUING SENTENCING
15 |                Defendants, | HEARING FROM SEPTEMBER 3, 2010
16 |                           | AT 10:00 AM TO OCTOBER 8, 2010 AT
   |                           | 10:00 AM.

17

18

19   Plaintiff, United States of America, by its counsel, Assistant United States

20 Attorney Daniel McConkie , and defendants FIDEL RAYMUNDO-NAJERA, by his

21

22 attorney, Linda M. Parisi, and MARTIN CAMPOS, by his attorney Robert F.

23 Waggener, hereby stipulate and agree that the sentencing hearing calendared for

24
   September 8, 2010 at 10:00 a.m. before the Honorable Senior United States District
25

26 Court Judge, Edward J. Garcia, may be continued to October 8, 2010, at 10:00 a.m.,

27 for a sentencing.

28

   / / /

                                    1

The defendants and their attorneys are working on the Sentencing Memorandum for the case. All attorneys agree with continuing the matter.

The defendants and their attorneys, along with the Assistant United States Attorney believe that this continuance will be the last one necessary before sentencing.

The Probation Officer Tom Brown is on vacation until September 13, 2010 so counsel was unable to confirm that the date of October 8, 2010 was acceptable to the Probation Officer. In light of the Probation Officer's unavailability for the scheduled date, notwithstanding the fact that counsel is confident that he has made arrangements for his absence, the suggested continuance date of October 8, 2010 may well be a more convenient date for the Probation Officer. Counsel spoke to Probation Officer Jeffrey Oestreicher and he confirmed that Probation Officer Tom Brown would have no opposition to continuing the sentencing in this matter.

Based upon this information, the parties stipulate and agree that time under the Speedy Trial Act shall continue to be excluded to October 8, 2010 at 10:00 a.m. pursuant to Title 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T-4 – for time for the defense counsel to prepare for the sentencing hearing.

The date has been confirmed with the Court's courtroom deputy, Ms. Colleen Lydon.

///

2

Dated:  August 31, 2010

                                                        Respectfully Submitted

/s/ Linda M. Parisi by e-mail authorization
_____
Linda M. Parisi
Attorney for Fidel Raymundo-Najera

Dated:  August 31, 2010

Lawrence G. Brown
United States Attorney

/s/ Daniel McConkie by e-mail authorization
_____
Daniel McConkie
Assistant U.S. Attorney
**daniel.mcconkie@usdoj.gov**

Dated:  August 31, 2010

/s/ Robert F. Waggener by e-mail authorization
_____
Robert F. Waggener
Attorney for Martin Campos
**rwlaw@mindspring.com**

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

/ / /

3

## [PROPOSED] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for September 3, 2010 at 10:00 a.m., is vacated and the matter set for a status conference on, October 8, 2010, at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on October 8, 2010. Based upon this finding and the representations of the parties, the Court excludes time from September 8, 2010 , pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to prepare), until the next appearance on October 8, 2010 at 10:00 a.m. or by further order of this Court.

Dated:   September 1, 2010

/s/ Edward J. Garcia
SENIOR U.S. DISTRICT COURT JUDGE

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

/ / /

4